# Court of Appeals
# of the State of Georgia

ATLANTA,    August 15, 2012

*The Court of Appeals hereby passes the following order:*

## A12A2311. JIM LINZELL JACKSON, SR. v. LEHRER MCGOVERN BOVIS, INC.

Jim Jackson, Sr., filed a civil action against Lehrer McGovern Bovis, Inc. On June 19, 2001, the trial court granted the defendant's motion to dismiss. Jackson appealed to this Court, and we affirmed the trial court's ruling. See *Jackson v. Lehrer McGovern Bovis, Inc.* (Case Number A03A2094, decided Dec. 16, 2003). Following remittitur, Jackson filed several "amended" notices of appeal in the same lower court case, one of which has been docketed as the instant appeal. We, however, lack jurisdiction.

First, Jackson's notices of appeal are untimely. A notice of appeal must be filed within 30 days after entry of the order on appeal. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Here, Jackson filed numerous "amended" notices of appeal between March 11, 2003, and June 25, 2012. All of these are untimely because they were filed more than 30 days after the June 19, 2001, order of dismissal.

Second, Jackson is not entitled to file a second appeal in the same civil matter. "It is axiomatic that the same issue cannot be relitigated ad infinitum." *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000); see also *Daiss v. Bennett*, 286 Ga. App. 108, 109 (1) (648 SE2d 468) (2007). "Our determination in the earlier appeal is *res judicata*; the instant appeal is therefore barred, and we are without jurisdiction to review the same matter for a second time." *Echols*, supra. For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 08/15/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*